AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

SCHMI CABALLERO

    Plaintiff,
-against-

THE CITY OF NEW YORK, CORRECTION OFFICER
ROSEMARY CONGRESS Shield 1561), and JOHN &
JANE DOES 1-10,
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**'07 CIV 6357**

Judge Berman

TO: (Name and address of Defendant)

**THE CITY OF NEW YORK**
**c/o NYC LAW DEPARTMENT**
**100 CHURCH STREET**
**4th FLOOR SERVICE DESK**
**NEW YORK, NY 10007**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOEL BERGER**
**360 LEXINGTON AVENUE, 16th Fl.**
**NEW YORK, NY 10017-6502**

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON      JUL 1 2 2007

CLERK      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 12, 2007 |
| NAME OF SERVER *(PRINT)* Joel Berger | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:
   Madelyn Santana, Docketing Clerk, NYC Law Department

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 12, 2007
                    Date            Signature of Server

                                    360 Lexington Ave., New York, NY 10017
                                    Address of Server

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.