# UNITED STATES DISTRICT COURT

SOUTHERN  District of  NEW YORK

SCHMI CABALLERO

        Plaintiff,

    -against-

THE CITY OF NEW YORK, CORRECTION OFFICER ROSEMARY CONGRESS Shield 1561), and JOHN & JANE DOES 1-10,

        Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 6357**

Judge Berman

TO: (Name and address of Defendant)

**CORRECTION OFFICER ROSEMARY CONGRESS
Shield 1561
George Motchan Detention Center
15-15 Hazen Street
East Elmhurst, NY 11370**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOEL BERGER
360 LEXINGTON AVENUE, 16th Fl.
NEW YORK, NY 10017-6502**

20

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON            JUL 1 2 2007

CLERK            DATE

*[signature]*

(By) DEPUTY CLERK

RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 18, 2007 |
| NAME OF SERVER (PRINT) Lewis Green | TITLE Messenger |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Capt. G. Woodard, Shield # 7060.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 18, 2007
                   Date                    Signature of Server

221 W. 37th St., New York, NY 10018
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.