UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SCHMI CABALLERO,
              Plaintiff(s),

    -v-

THE CITY OF NEW YORK, et al.,
              Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

07 CV 6357 (RMB)

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _February 15, 2008_

(ii)   Amend the pleadings by _February 15, 2008_

(iii)  All discovery to be **expeditiously** completed by _~~March 17, 2008~~ 2/11/07_

(iv)  Consent to Proceed before Magistrate Judge _No_

(v)   Status of settlement discussions _None to date_ 2/13/07 @ 10:10 AM with principals

**Sections vi through xi will be set at conference with the Court.**

(vi)  Motions_____

(vii)  Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)  Final Pre-Trial Conference_____

(x)    Trial_____

(xi)  Other _Refer Discovery + Settlement to Magistrate_

SO ORDERED: New York, New York
_10/9/07_

_RMB_
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/07