UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCHMI CABALLERO,                              :

            Plaintiff,                         :

           -against-                          :       ORDER
                                                                         07 Civ. 6357 (RMB)(KNF)

THE CITY OF NEW YORK, et al.,                 :

            Defendants.                        :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on December 4, 2007, at 11:00 a.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.


Dated: New York, New York          SO ORDERED:
       November 30, 2007

                                               /s/ Kevin Nathaniel Fox
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE