
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCHMI CABALLERO,            :

        Plaintiff,      :

    -against-               :

THE CITY OF NEW YORK, et al.,    :

        Defendants.     :
------------------------------------------------------------X

ORDER

07 Civ. 6357 (RMB)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic conference was held with counsel to the respective parties on December 4, 2007, to address certain discovery disputes that had been brought to the Court's attention via correspondence. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. on or before December 17, 2007, the defendants shall supplement their responses to the plaintiff's discovery demands;

2. the parties shall confer and, thereafter, submit to the Court, for its review, a proposed order that will permit the parties to access medical data pertinent to a nonparty witness; and

3. should the parties determine that a settlement conference with the Court would be of utility, they shall advise the Court expeditiously so that such a conference might be scheduled.

Dated: New York, New York
       December 4, 2007

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies sent via facsimile to:

Joel Berger, Esq.
Jordan M. Smith, Esq.