USDC SDNY
DOCUMENT
ELECTRONICALLY FI
DOC #
DATE FILED. _12/4/07_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

**SCHMI CABALLERO,**

                     Plaintiff,

            -against-

**THE CITY OF NEW YORK, et al.,**

                    Defendants.
---------------------------------------------------------X

ORDER

**07 CV 6357 (RMB) (KNF)**

The Court having conducted a telephonic conference between counsel for both sides in the

above-captioned action on December 4, 2007, it is hereby

**ORDERED,** that defendants produce to plaintiff no later than December 17, 2007, the

medical records of former New York City Department of Correction ("DOC") inmate Aris Winbush,

DOC Book and Case #349-06-12048, insofar as those records relate to the Incident of September

25, 2006, that is the subject matter of this action.

Dated: New York, New York
      December 4, 2007

                                    **HON. KEVIN N. FOX**
                          **United States Magistrate Judge**