⊗AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ NEW YORK

SCHMI CABALLERO,
                    Plaintiff,
            -against-

THE CITY OF NEW YORK, CORRECTION OFFICER
ROSEMARY CONGRESS Shield 1561), CORRECTION
CAPTAIN CLAUDE GODFREY(Shield 593),
CORRECTION OFFICER JUAN GARCIA (Shield 7094),
CORRECTION OFFICER ROCHELLE PENNANT
(Shield 9750), and JOHN & JANE DOES 1-10,
                    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 6357**

**Judge Berman**

TO: (Name and address of Defendant)

**CORRECTION CAPTAIN CLAUDE GODFREY**
**Shield 593**
**George Motchan Detention Center**
**15-15 Hazen Street**
**East Elmhurst, NY 11370**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOEL BERGER**
**360 LEXINGTON AVENUE, 16th Fl.**
**NEW YORK, NY 10017-6502**

                                                        20

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    DEC 0 6 2007

CLERK  *Marcos Quintero*                             DATE

(By) DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 12/7/07 |
|---|---|
| NAME OF SERVER (PRINT) LOUIS GREEN | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Capt. G. Woodard, shield 7060

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/07
        *Date*

Signature of Server

1531 Taylor Ave #5
*Address of Server*  Bronx, NY 10460

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.