AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

SCHMI CABALLERO,
        Plaintiff,

-against-

THE CITY OF NEW YORK, CORRECTION OFFICER ROSEMARY CONGRESS Shield 1561), CORRECTION CAPTAIN CLAUDE GODFREY(Shield 593), CORRECTION OFFICER JUAN GARCIA (Shield 7094), CORRECTION OFFICER ROCHELLE PENNANT (Shield 9750), and JOHN & JANE DOES 1-10,
        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 6357**

**Judge Berman**

TO: (Name and address of Defendant)

**CORRECTION CAPTAIN CLAUDE GODFREY**
**Shield 593**
**George Motchan Detention Center**
**15-15 Hazen Street**
**East Elmhurst, NY 11370**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOEL BERGER**
**360 LEXINGTON AVENUE, 16th Fl.**
**NEW YORK, NY 10017-6502**

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON         DEC 0 6 2007

CLERK    /s/ Marcos Quintero    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/7/07 |
| NAME OF SERVER (PRINT) LOUIS GREEN | TITLE Messenger |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Capt. G. Woodard, shield 7060

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/7/07
                   Date

Signature of Server

1531 Taylor Ave #5
Address of Server
Bronx, NY 10460

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN        District of        NEW YORK

SCHMI CABALLERO,
                    Plaintiff,
          -against-

THE CITY OF NEW YORK, CORRECTION OFFICER
ROSEMARY CONGRESS Shield 1561), CORRECTION
CAPTAIN CLAUDE GODFREY(Shield 593),
CORRECTION OFFICER JUAN GARCIA (Shield 7094),
CORRECTION OFFICER ROCHELLE PENNANT
(Shield 9750), and JOHN & JANE DOES 1-10,
                    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 6357**

*Judge Berman*

TO: (Name and address of Defendant)

**CORRECTION OFFICER JUAN GARCIA
Shield 7094
George Motchan Detention Center
15-15 Hazen Street
East Elmhurst, NY 11370**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOEL BERGER
360 LEXINGTON AVENUE, 16th Fl.
NEW YORK, NY 10017-6502**

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                   DEC 0 6 2007

CLERK   /s/ Marcos Quintero                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/7/07 |
| NAME OF SERVER (PRINT) LOUIS GREEN | TITLE Messenger |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Capt. G. Woodard, shield 7060

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/7/07       _____
              Date              Signature of Server

                           1531 Taylor Ave #5
                           Address of Server  Bronx, NY 10460

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.