AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

SCHMI CABALLERO,
Plaintiff,
-against-

THE CITY OF NEW YORK, CORRECTION OFFICER ROSEMARY CONGRESS Shield 1561), CORRECTION CAPTAIN CLAUDE GODFREY(Shield 593), CORRECTION OFFICER JUAN GARCIA (Shield 7094), CORRECTION OFFICER ROCHELLE PENNANT (Shield 9750), and JOHN & JANE DOES 1-10,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 6357

Judge Berman

TO: (Name and address of Defendant)

**CORRECTION CAPTAIN CLAUDE GODFREY**
**Shield 593**
**George Motchan Detention Center**
**15-15 Hazen Street**
**East Elmhurst, NY 11370**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOEL BERGER**
**360 LEXINGTON AVENUE, 16th Fl.**
**NEW YORK, NY 10017-6502**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DEC 0 6 2007
DATE

Marco Quintero
(By) DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 12/7/07 |
|---|---|
| NAME OF SERVER (PRINT) Louis Green | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Capt. G. Woodard, shield 7060

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/07
Date

[signature]
*Signature of Server*

1531 Taylor Ave #5
*Address of Server* Bronx, NY 10460

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

SCHMI CABALLERO,
Plaintiff,
-against-

THE CITY OF NEW YORK, CORRECTION OFFICER ROSEMARY CONGRESS Shield 1561), CORRECTION CAPTAIN CLAUDE GODFREY(Shield 593), CORRECTION OFFICER JUAN GARCIA (Shield 7094), CORRECTION OFFICER ROCHELLE PENNANT (Shield 9750), and JOHN & JANE DOES 1-10,
Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07 CIV 6357

Judge Berman

TO: (Name and address of Defendant)

**CORRECTION OFFICER JUAN GARCIA**
**Shield 7094**
**George Motchan Detention Center**
**15-15 Hazen Street**
**East Elmhurst, NY 11370**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOEL BERGER**
**360 LEXINGTON AVENUE, 16th Fl.**
**NEW YORK, NY 10017-6502**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DEC 0 6 2007
DATE

Marcos Quintero
(By) DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 12/7/07 |
|---|---|
| NAME OF SERVER (PRINT) Louis Green | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Capt. G. Woodard, shield 7060

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/07 (Date) [signature] (Signature of Server)

1531 Taylor Ave #5 Bronx, NY 10460
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

SCHMI CABALLERO,
Plaintiff,
-against-

THE CITY OF NEW YORK, CORRECTION OFFICER ROSEMARY CONGRESS Shield 1561), CORRECTION CAPTAIN CLAUDE GODFREY(Shield 593), CORRECTION OFFICER JUAN GARCIA (Shield 7094), CORRECTION OFFICER ROCHELLE PENNANT (Shield 9750), and JOHN & JANE DOES 1-10,
Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07 CIV 6357

Judge Berman

TO: (Name and address of Defendant)

**CORRECTION OFFICER ROCHELLE PENNANT**
**Shield 9750**
**George Motchan Detention Center**
**15-15 Hazen Street**
**East Elmhurst, NY 11370**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOEL BERGER**
**360 LEXINGTON AVENUE, 16th Fl.**
**NEW YORK, NY 10017-6502**

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DEC 0 6 2007
DATE

Marcos Quintero
(By) DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 12/7/07 |
|---|---|
| NAME OF SERVER (PRINT) Louis Green | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Capt. G. Woodard, shield 7060

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/07
*Date*

Louis Green
*Signature of Server*

1531 Taylor Ave 5
*Address of Server* Bronx, NY 10460

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.