UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SCHMI CABALLERO,

                                      Plaintiff,

     -against-

THE CITY OF NEW YORK, et al.,

                                  Defendants.
------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/07

**ORDER**

07-CV-6357
(RMB)(KNF)

KEVIN N. FOX, U.S. Magistrate Judge

      Upon the application of defendants for leave to take the deposition of Joseph Hilaire, an inmate, and the Court having granted leave for the taking of inmate Hilaire's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in charge of Wyoming Correctional Facility produce inmate Joseph Hilaire, Inmate No. 06-R-5022, from the Wyoming Correctional Facility, located in Attica, New York, to the Sing Sing Correctional Facility, located in Ossining, New York, no later than Wednesday, January 2, 2008, (2) that the deposition of inmate Joseph Hilaire shall commence on Wednesday, January 9, 2008, *as contemplated by Fed. R. Civ. P. 30(d)(1);* at 10:00 a.m., and proceed until completion; and (3) that inmate Joseph Hilaire, Inmate No. 06-R-5022, appear in such place as designated by the Superintendent or other official in charge of Sing Sing Correctional Facility so that his deposition may be taken. *At the conclusion of the deposition, Joseph Hilaire shall be returned to the custody of the Superintendent of the Wyoming Correctional Facility or to such other facility as determined by the Commissioner of the New York State Division of Correction Services.*

Dated:     New York, New York
           December 17, 2007

                                                      Kevin Nathaniel Fox
                                             UNITED STATES MAGISTRATE JUDGE