Fax:   Dec 14 2007 12:52pm P005/005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/18/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
SCHMI CABALLERO,

                                            Plaintiff,      **ORDER**

         -against-                                 07-CV-6357
                                                                       (RMB)(KNF)

THE CITY OF NEW YORK, et al.,

                                          Defendants.
------------------------------------------------------------------- x
KEVIN N. FOX, U.S. Magistrate Judge

        Upon the application of defendants for leave to take the deposition of plaintiff Schmi Caballero, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

        **IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in charge of Fishkill Correctional Facility, located in Beacon, New York, produce inmate Schmi Caballero, Inmate No. 07-R-1699, for the taking of his deposition, on Tuesday, January 8, 2008, *as contemplated by Fed. R. Civ. P. 30(d)(1); USMJ* commencing at 10:00 a.m., until completion; and (2) that inmate Schmi Caballero, Inmate No. 07-R-1699, appear in such place as designated by the Superintendent or other official in charge of Fishkill Correctional Facility so that his deposition may be taken.

Dated:    New York, New York
             December 17, 2007

                                                                 /s/ Kevin Nathaniel Fox
                                                          UNITED STATES MAGISTRATE JUDGE