**MEMO ENDORSED**

**JOEL BERGER**
ATTORNEY AT LAW
360 LEXINGTON AVENUE, 16TH FLOOR
NEW YORK, N.Y. 10017-6502

TELEPHONE (212) 687-4911
FAX (212) 687-1406

February 4, 2008

Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-08

Re: *Caballero v. The City of New York, et al.*, 07 Civ. 6357 (RMB) (KNF)

Dear Judge Berman:

  Pursuant to ¶ 1 (E) of Your Honor's Individual Practices, the parties jointly request adjournment of the conference presently scheduled to take place before Your Honor in the above-referenced case on Wednesday, February 13, 2008, at 10:00 A.M. The reason for this request is that only two days earlier, on Monday, February 11 at 2:30 P.M., the parties are scheduled to appear before Magistrate Judge Kevin Nathaniel Fox for a settlement conference. If the parties are able to settle at the conference or shortly thereafter, there obviously will be no need for Your Honor to devote any additional court time to the case.

  We therefore respectfully request that the next conference before Your Honor, should such a conference be necessary, be adjourned to March 13, 2008.

  The present case Management Plan, So Ordered on October 9, 2007, calls for all discovery to be completed by February 11. Since this adjournment request affects case scheduling, the parties jointly request, as required by ¶ 1 (E) of Your Honor's Individual Practices, that the date for completion of discovery also be adjourned to March 13, 2008.

RECEIVED
FEB 05 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Respectfully yours,

Joel Berger (JB-3269)
Attorney for Plaintiff



Parties must be on 2/13/08 as scheduled.

cc: Hon. Kevin Nathaniel Fox
   United States Magistrate Judge

   Jerome M. Smith, Esq.
   Assistant Corporation Counsel

SO ORDERED:
Date: 2/5/08

Richard M. Berman, U.S.D.J.