```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCHMI CABALLERO,

                 Plaintiff,              07 Civ. 6357 (RMB)

    -against-                     **ORDER OF DISCONTINUANCE**

CITY OF NEW YORK, et al.

                 Defendant.
------------------------------------------------------------X

       Based on the parties having reached a settlement agreement today in Court, it is hereby

       **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, the Plaintiff or Defendant may apply by letter showing good cause why this action should be restored to the calendar of the undersigned. The parties are directed to file executed settlement documents forthwith.

**SO ORDERED**.

Dated: New York, New York
       February 29, 2008

                                                     _____
                                                     **Richard M. Berman, U.S.D.J.**